## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In re:

EXTREME REMODELERS OF
SARASOTA, LLC

       Debtor(s).

Chapter 7

Case No. 8:12-bk-16134-KRM

## TRUSTEE'S MOTION TO REJECT ALL
## EXECUTORY CONTRACTS AND UNEXPIRED LEASES

**COMES NOW** the Trustee, Douglas N. Menchise, by and through his undersigned

attorney, and hereby moves this Honorable Court for permission to reject all executory

contracts and unexpired leases and, in support of this Motion, would show unto the Court

the following:

1.      That Douglas N. Menchise is the duly appointed and acting Chapter 7 Trustee

in the above styled case.

2.      That the Debtor, a building contractor, has numerous executory contracts and

unexpired leases for the lease of commercial real property, as well as for the construction

and/or remodeling of residential real property as listed on their Schedule G, attached hereto

as Exhibit "A."

3.      That the Trustee does not wish to assume any of these executory contracts or

unexpired leases, as they are of inconsequential value and/or burdensome to the estate.

4.      That the Trustee does not hereby abandon or reject any interests the estate has

in any personal property, accounts receivables, equipment, appliances, furnishings, fixtures, machinery, or supplies located in any of the lease locations being rejected and/or personal property leases, if any.

**WHEREFORE,** the Trustee moves this Honorable Court to reject all executory contracts and unexpired leases entered into by the Debtor.

I HEREBY CERTIFY that true and correct copies of the foregoing were delivered via ELECTRONIC NOTIFICATION to the OFFICE OF THE UNITED STATES TRUSTEE, USTPRegion21.TP.ECF@USDOJ.GOV and by UNITED STATES MAIL to the Debtor, Extreme Remodelers of Sarasota, LLC, 158 James Street, Venice, Florida 34285; Debtor's Attorney, Scott A. Stichter, Esquire, 110 E. Madison St., Suite 200, Tampa, Florida 33602; Jeffrey W. Warren, Esquire, P.O. Box 3913, Tampa, Florida 33601-3913, and all parties on the Court's mailing matrix attached hereto, on <u>December 7, 2012</u>.

   /s/     Douglas N. Menchise
DOUGLAS N. MENCHISE, ESQUIRE
Florida Bar No. 214965
2963 Gulf to Bay Blvd., Suite 300
Clearwater, Florida 33759
(727) 797-8384 / phone
(727) 797-8019 / fax
Dmenchise@verizon.net

2

B6G (Official Form 6G) (12/07)

In re    **Extreme Remodelers of Sarasota, LLC**                                    Case No.    **8:12-bk-16134**
                                                                    ,
                                          Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Bart and Jennifer Alford**<br>**20 Erie Ave.**<br>**Glendale, OH 45246** | **Contract to build or remodel** |
| **Alex and Susan Arcady**<br>**8140 Natures Way, #12**<br>**Lakewood Ranch, FL 34202** | **Contract to build or remodel** |
| **Bill and Barbara Axline**<br>**1313 N Franklin Place, #1806**<br>**Milwaukee, WI 53202** | **Contract to build or remodel 14708 Newtonmore Lane** |
| **Denise Barratt**<br>**1425 Gulf of Mexico Dr., D503**<br>**Longboat Key, FL 34228** | **Contract to build or remodel** |
| **Baughman Estate**<br>**15613 Linn Park Terr.**<br>**Lakewood Ranch, FL 34202** | **Contract to build or remodel 15613 Linn Park Terrace** |
| **Tim and Toni Bixler**<br>**1064 N Tamiami Trail, #1116**<br>**Sarasota, FL 34236** | **Contract to build or remodel 613 Triton Avenue** |
| **William and Ann Brownfield**<br>**600 Park Crest Dr.**<br>**Thiensville, WI 53092** | **Contract to build or remodel 15328 Levin Links Place** |
| **Paul and Sharon Catalano**<br>**22 Stratford Ct. E.**<br>**Amherst, NY 14051** | **Contract to build or remodel** |
| **Robert and Barbara Chalson**<br>**14827 Leopard Creek Place**<br>**Lakewood Ranch, FL 34202** | **Contract to build or remodel 14827 Leopard Creek Place** |
| **Christophe Chene and Grace Lin Hong**<br>**5516 Bilbao Place**<br>**Sarasota, FL 34238** | **Contract to build or remodel** |
| **James Clark**<br>**1143 Mallard Marsh Dr.**<br>**Osprey, FL 34229** | **Contract to build or remodel 8214 Portlight Court** |
| **Bert and Diane Cohen**<br>**20 Bradley Rd.**<br>**Andover, MA 01810** | **Contract to build or remodel** |

Exhibit "A"

3
_____ continuation sheets attached to S_____

In re    **Extreme Remodelers of Sarasota, LLC**                              Case No.    **8:12-bk-16134**
_____,
Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Dr. Ramon Colina<br>235 Cocoanut Ave., #121D<br>Sarasota, FL 34236 | Contract to build or remodel |
| Priscilla and David Crawford<br>500 Trinity Lane N., Apt. 4209<br>St. Petersburg, FL 33716 | Contract to build or remodel |
| Daniel and Denise D'Andrea<br>9019 Stone Harbour Loop<br>Bradenton, FL 34212 | Contract to build or remodel |
| Charles Dall'Acqua<br>2509 Casey Key Rd.<br>Nokomis, FL 34275 | Contract to build or remodel |
| Theodore and Denise Drabik<br>7564 Andora Dr.<br>Sarasota, FL 34238 | Contract to build or remodel |
| Encore PEO, Inc.<br>1700 Dr. MLK Street N.<br>Suite B<br>Saint Petersburg, FL 33704 | Employee leasing services |
| Gary and Linda Goldsmith<br>8146 Nature's Way #17<br>Bradenton, FL 34202 | Contract to build or remodel |
| Bijan and Teresa Gorji<br>7614 Desert Inn Way<br>Lakewood Ranch, FL 34202 | Contract to build or remodel |
| Manoj Gupta and Vivien Chan<br>88 Washington Placem Unit 3D<br>New York, NY 10011 | Contract to build or remodel |
| Simon and Tracy Hales<br>Hawthorns, The Warren<br>Radlett, England, WD7 7DU | Contract to build or remodel |
| Michael and Beverly Holtz<br>1414 3rd St. Circle E.<br>Palmetto, FL 34221 | Contract to build or remodel |
| Sandra and Daniel Kegg<br>18089 Pond Ridge Circle<br>Gurnee, IL 60031 | Contract to build or remodel 15307 Lynn Park Terrace |
| John and Susan Kline<br>12248 Voyageur Ct.<br>Indianapolis, IN 46236 | Contract to build or remodel |

Sheet __1__ of __3__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re    **Extreme Remodelers of Sarasota, LLC**               Case No.    **8:12-bk-16134**

                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Laurel Oak County Club**<br>**2700 Gary Player Blvd.**<br>**Sarasota, FL 34240** | **Contract to build or remodel** |
| **Frank Mosca**<br>**6725 The Masters Ave.**<br>**Lakewood Ranch, FL 34202** | **Contract to build or remodel** |
| **Brian and Donna Moughty**<br>**11018 Hyacinth Place**<br>**Bradenton, FL 34202** | **Contract to build or remodel** |
| **John Myers - Dorothy Bodenburg**<br>**601 18th Street**<br>**Huntington Beach, CA 92648** | **Contract to build or remodel** |
| **Barbara and Joseph Najmy**<br>**5913 55th Dr. E.**<br>**Bradenton, FL 34203** | **Contract to build or remodel** |
| **Jill Nugent**<br>**8424 Abingdon Ct.**<br>**Bradenton, FL 34201** | **Contract to build or remodel** |
| **Osprey Property Management**<br>**124 Fountain View St.**<br>**Clinton, NY 13323** | **Lease of business premises** |
| **Samual and Lorites Poots**<br>**7928 Royal Queensland Way**<br>**Lakewood Ranch, FL 34202** | **Contract to build or remodel 16011 Daysailor Trail** |
| **Michael and Patricia Roberts**<br>**7918 Clara Chase Dr.**<br>**Ooltewah, TN 37366** | **Contract to build or remodel** |
| **Hamilton and Karin Ruth**<br>**14807 Leopard Creek Place**<br>**Bradenton, FL 34202** | **Contract to build or remodel 14807 Leopard Creek** |
| **Paul and Patricia Spellman**<br>**7017 Brier Creek Ct.**<br>**Lakewood Ranch, FL 34202** | **Contract to build or remodel 16111 Daysailor Trail** |
| **Donald and Bonnie Staley**<br>**2855 Kinsley Dr.**<br>**Lakeland, FL 33812** | **Contract to build or remodel** |
| **Vinod and Padmini Swami**<br>**1791 Bliss Ct.**<br>**Rochester Hills, MI 48307** | **Contract to build or remodel** |

Sheet   **2**   of   **3**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **Extreme Remodelers of Sarasota, LLC**                                        Case No.   **8:12-bk-16134**
_____,
                              Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **John & Karen Teague**<br>**3708 Janus Way**<br>**Palm Harbor, FL 34685** | **Contract to build or remodel** |
| **Laurie Beth Tobin**<br>**3137 Aviamar Cir., Apt 104**<br>**Naples, FL 34114** | **Contract to build or remodel** |
| **Richard and Jackie Ursetti**<br>**321 Dulmer Dr.**<br>**Nokomis, FL 34275** | **Contract to build or remodel** |
| **Tracey Lee Wingrove**<br>**26 Lancaster Grove**<br>**London NW3 4PB United Kingdom** | **Contract to build or remodel 15311 Linn Park Terrace** |
| **David Yamada**<br>**1771 Ringling Blvd., PH 303**<br>**Sarasota, FL 34236** | **Contract to build or remodel** |

Sheet   **3**   of   **3**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases