# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| EXTREME REMODELERS OF SARASOTA, LLC | Case No. 8:12-bk-16134-KRM |
| Debtor(s). | |

## ORDER ON TRUSTEE'S MOTION TO REJECT ALL EXECUTORY CONTRACTS AND UNEXPIRED LEASES (DOC. NO. 27)

**THIS CASE** came on before the Court on January 8, 2013 to consider the Trustee's Motion to Reject All Executory Contracts and Unexpired Leases (Doc. No. 27) and, for the reasons stated orally in open court and recorded on the record, which shall constitute the decision of the Court, it is accordingly

ORDERED, ADJUDGED and DECREED that the Trustee's Motion to Reject All Executory Contracts and Unexpired Leases (Doc. No. 27) is hereby granted, as follows:

1. That all executory contracts, including those contracts to build or remodel residential real properties, are hereby rejected with the exception of the unexpired lease for the real property located at 3750 South Osprey Avenue, Sarasota, Florida ("Real Property Lease").

2. That the Real Property Lease shall be deemed rejected at the conclusion of the auction presently scheduled for January 29, 2013 at 11:30 a.m. or the subsequent removal of the auctioned assets located in said property by the successful purchaser, whichever is

later.

    3.    That any claim for lease rejection damages shall be filed no later than the previously scheduled claims bar date of February 28, 2013.

DONE AND ORDERED in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division on  January 17, 2013                .

            K. RODNEY MAY
            United States Bankruptcy Judge

cc:    Douglas N. Menchise, Esq., 2963 Gulf to Bay Blvd., Suite 300, Clearwater, Florida 33759;
Debtor, Extreme Remodelers of Sarasota, LLC, 158 James Street, Venice, Florida 34285;
Debtor's Attorney, Scott A. Stichter, Esquire, 110 E. Madison St., Suite 200, Tampa, Florida 33602;
Jeffrey W. Warren, Esquire, P.O. Box 3913, Tampa, Florida 33601-3913;
Melissa Karp Elsbree, Esquire, 1990 Main Street, Suite 725, Sarasota, Florida 34236;
U.S. Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602.