

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

04/09/2013 09:30 AM

COURTROOM 9B

**HONORABLE K. MAY**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:12-bk-16134-KRM** | **7** | **10/25/2012** |

**Chapter 7**

**DEBTOR:**  Extreme Remodelers of Sarasota, LLC

**DEBTOR ATTY:**  Scott Stichter

**TRUSTEE:**  Douglas Menchise

**HEARING:**

Motion to Preclude Final Judgment on State Law Claims Filed by Alan E. Tannenbaum on behalf of Vinod & Padmini Swami, Michael & Beverly Holtz, Daniel & Denise D'Andrea, Paul & Sharon Catalano, Doc #68
(cont'd from 3/12/2013)

**APPEARANCES:**:
Melissa Karp and Doug Menchise.

**RULING:**
Motion to Preclude Final Judgment on State Law Claims Filed by Alan E. Tannenbaum on behalf of Vinod & Padmini Swami, Michael & Beverly Holtz, Daniel & Denise D'Andrea, Paul & Sharon Catalano, Doc #68

(cont'd from 3/12/2013) - Granted; order signed.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.