**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:                                                    Case No.: 8:12-bk-16134-KRM

EXTREME REMODELERS OF
SARASOTA, LLC d/b/a PARADISE
HOMES OF SARASOTA,

                            Debtor.
_____/

**ORDER GRANTING MOTION TO PRECLUDE**
**FINAL JUDGMENT ON STATE LAW CLAIMS**

THIS MATTER came before the Court upon the Motion to Preclude Final Judgment
on State Law Claims ("Motion") filed by Alan Tannenbaum, Esq., of Tannenbaum, Scro, &
Hanewich, P.L., attorneys on behalf of Creditors, Daniel D'Andrea and Denise D'Andrea,
Michael Holtz and Beverly Holtz and Vinod Swami and Padmini Swami (collectively the
"Claimants").  For the reasons stated orally in open court and recorded on the record,

Accordingly, it is

**ORDERED, ADJUDGED and DECREED** that:

1.       That the Motion is hereby GRANTED.

2.       The Claimants are precluded by 11 U.S.C. § 362 from securing a final judgment
against the Debtor arising out of any pre-petition claims; and

3.       The Claimants are precluded from removing any assets from the estate. At this
point, it is unclear if there will be any assets for unsecured claimants and there is no factual
basis under Federal Bankruptcy Law favoring the claimants' claims over other unsecured
creditors by segregating funds.

**DONE AND ORDERED** in Tampa, Florida on _____ August 10 _____, 2013.

**K. Rodney May**
**United States Bankruptcy Judge**

Conformed copies to:
Scott Stichter, Esq., 110 E. Madison St., Suite 200, Tampa, FL 33602
Jeffrey Warren, Esq., P.O. Box 3913, Tampa, FL 33601-3913
Douglas Menchise, Esq., 2963 Gulf to Bay Blvd., Suite 300, Clearwater, FL 33765
United States Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602
Alan Tannenbaum, Esq., 1990 Main Street, Suite 725, Sarasota, FL 34236

7509.16906.00258176.WPD V.1