## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

IN RE:
EXTREME REMODELERS OF SARASOTA, LLC    CASE NO. 8:12-bk-16134-RCT

_____Debtor(s)_____/

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

COMES NOW, DOUGLAS N. MENCHISE, as Trustee of the above-captioned matter, and respectfully states that, pursuant to the orders of distribution, he has disbursed the entire amount in the Trustee's account, and all checks have cleared with the exception of the following:

| Claim # | Check # | Claimant | Amount |
|---|---|---|---|
| 21 | 20121 | Stewart-Washmuth&Co, Inc.<br>C/o Anthony S. Lefco, Esq.<br>46 N. Washington Blvd., Suite 14<br>Sarasota, FL 34236 | $1,899.35 |
| 30 | 20124 | Gorman Bath Gallery<br>Hajoca Corporation<br>POB 905320<br>Charlotte, NC 28290-5320 | $212.30 |
| 66 | 20131 | Denise Barratt<br>1425 Gulf of Mexico Dr., D503<br>Longboat Key, FL   34228 | $ 6,864.01 |

More than ninety (90) days have elapsed since the declaration and distribution of the final dividend, and pursuant to 11 U.S.C. § 347 and Fed. R. Bankr. P. 3011, the Trustee shall provide a check made payable to the U.S. Bankruptcy Court in the amount of $8,975.66 to the clerk of the court for deposit in the "unclaimed funds account," and states that the claimants entitled thereto are as listed above.

I hereby certify that a true and correct copy of the above and foregoing has been furnished by ELECTRONIC NOTIFICATION to the U.S. Trustee, USTPRegion21.TP.ECF@USDOJ.GOV, on <u>November 29, 2021</u>.

      <u>/s/   Douglas N. Menchise</u>
DOUGLAS N. MENCHISE
Chapter 7 Trustee
P.O. Box  14957
CLEARWATER, FL 33766
(727) 797-8384